

# NUMBER 13-18-00477-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| ODMAE PERRON AND DAVID ALBERT PERRON, | Appellants, |
| v. | |
| COX TANK CONSTRUCTION, | Appellee. |

### On appeal from the 36th District Court of Live Oak County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Hinojosa**
**Order Per Curiam**

Appellants' counsel, Gregory T. Perkes, has filed an unopposed motion to withdraw as counsel. We grant said motion. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellants, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellants are directed to notify the Court promptly if they retain new counsel on appeal by filing a notice including that attorney's name, mailing address, email address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* Tex. R. App. P. 6.

It is so ORDERED.

PER CURIAM

Delivered and filed the
5th day of March, 2019.